IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-03142-RBJ

DIANE VARLESI,

      Plaintiff,

v.

STRUMBA MEDIA LLC d/b/a Miracle Noodle, a California corporation,
WHOLE FOODS MARKET, INC., a Texas corporation,
SUPER FREC USA, INC. d/b/a as Shirataki Factory Super Frec USA Inc.; and
SHIRATAKI FACTORY and/or FREC FOOD, a California corporation,

      Defendants.

---

## AMENDED ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **five day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **May 1, 2017 at 9:00 a.m.**

A Trial Preparation Conference is set for **April 14, 2017 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 4th day of April, 2016.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge